UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZAN CHAMBERS,<br><br>    Plaintiff,<br><br>  -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>    Defendant. | 26-CV-3869 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case was referred to me for general pre-trial supervision and all dispositive motions requiring a Report & Recommendation. (*See* ECF 6, Order of Ref.) Plaintiff's opposition to the motion to dismiss is due by **June 30, 2026**, and Defendants' reply is due by **July 14, 2026**. If Defendants wish to file a motion for a discovery stay, they shall do so by **July 14, 2026**, and Plaintiff shall have until **July 30, 2026** to oppose any such request.

DATED:  May 20, 2026
              New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**