UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic conference scheduled for July 17, 2026 was not held because Plaintiff, who is proceeding without a lawyer (pro se), did not call in at the scheduled time. I held the conference open for 15 minutes, and my courtroom deputy clerk tried to call Plaintiff to see if she could join the conference. The telephonic status conference will now be held on **Wednesday, July 29, 2026, at 10:30 AM**. The parties should be prepared to discuss the status of the case. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 539 565 98#.**

Defendant Equifax Information Services LLC is directed to serve a copy of this order on Plaintiff at the address listed in certificate of service of the notice of removal and by email to any known email addresses by **July 21, 2026,** and to file proof of such service on the docket by **July 21, 2026**. Plaintiff is reminded that she needs to comply with orders of the Court, including by attending Court-ordered conferences, and if she is unable to attend, she needs to file a letter on the docket explaining that she is unavailable.

If Plaintiff has legal questions about her case, she is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED: July 17, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**