UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 17, 2026, I directed Defendant Equifax Information Services LLC to serve a copy of my order at ECF 17 on Plaintiff by mail and by email by July 21, 2026, and to file proof of such service on the docket by July 21, 2026. (*See* ECF 17.) Defendant Equifax has not complied.

Accordingly, I am nunc pro tunc extending Defendant Equifax's deadline to serve my order at ECF 17 and to file proof of such service until **July 24, 2026**.

The Clerk of Court is respectfully requested to:

1. Add the PRO SE flag to this action.
2. Add the following address to the docket:

   Suzan Chambers
   Plaintiff Pro Se
   63 Metropolitan Oval, Apt. 5B
   Bronx, NY 10462

3. Mail Plaintiff the Information package for Pro Se plaintiffs and note the mailing on the docket.
4. Docket STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024).

5. Mail a copy of this order and all prior orders issued in this action to the following address and note the mailing on the docket: Suzan Chambers, Plaintiff Pro Se, 63 Metropolitan Oval, Apt. 5B, Bronx, NY 10462.

Plaintiff, who is proceeding without a lawyer (pro se), is directed to file a Notice of Pro Se Appearance, which can be found at https://nysd.uscourts.gov/forms/notice-appearance. Plaintiff may also file (1) a Consent to Electronic Service (attached hereto) to receive notification by email of all filings in this action. Instructions for this electronic service option are available on the Court's Website at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf; and (2) a Motion for Permission for Electronic Case Filing (attached hereto) to file documents electronically.

DATED: July 22, 2026
New York, NY

SO ORDERED.

RTarn
______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________

Write the full name of each plaintiff or petitioner.

-against-

______________________________________

______________________________________

Write the full name of each defendant or respondent.

No. _____CV______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing (“e-filing”) in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court’s Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court’s CM/ECF introduction course[1] on _________________.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

☐ a computer with internet access and a word processor

type of computer I will be using: ________________________________

[1] You may register for the course on the Court’s website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: ______________________________

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____________________________________

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_______________________________________________

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| Dated | Signature |

Name

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |