UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on July 29, 2026:

1. Plaintiff, who is proceeding without a lawyer (pro se), informed the Court that she no longer resides at the address included in her original complaint, which was filed in state court and removed to this Court. She was unaware of the removal until my courtroom deputy clerk called her. Plaintiff agreed to promptly file a notice of pro se appearance, which is available on this Court's webpage at https://nysd.uscourts.gov/forms/notice-appearance.
2. To facilitate the prompt disposition of this case, my courtroom deputy clerk, with permission of all parties, obtained an email address from Plaintiff, to which we will send this order as well as all prior filings on the docket.
3. Plaintiff shall file her opposition to the pending motion to dismiss by **August 26, 2026**. Defendants shall file their reply in further support of the motion to dismiss by **September 16, 2026**.

4. Defendants shall file any motion to stay discovery by **September 16, 2026**, and Plaintiff shall file any opposition by **September 25, 2026**.

5. The parties will contact the Court, by filing a letter on the docket, if a settlement conference would be productive.

DATED: July 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**