UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. et al,

Defendant.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 29, 2026, I issued an Order revising the motion to dismiss briefing schedule. (ECF 22.) In that Order, I directed Plaintiff to file an opposition to the pending motion to dismiss by August 26, 2026. The deadline to submit an opposition has now expired.

Accordingly, I am nunc pro tunc extending the time for Plaintiff to file an opposition until **September 8, 2026**. The Defendants shall submit their reply in further support of the motion to dismiss by **September 29, 2026**. If an opposition is not filed by **September 8, 2026**, and no extension of time is requested, I will consider the matter fully briefed.

Additionally, Defendants shall file any motion to stay discovery by **September 29, 2026**, and Plaintiff shall file any opposition by **October 8, 2026**.

DATED: September 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**