UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suzan Chambers,

Plaintiff,

-against-

Experian Information Solutions, Inc., et al.,

Defendants.

26-CV-03869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic conference scheduled for **September 17, 2026 will now be held on Friday, September 18, 2026 at 10:30 AM.** The pro se plaintiff and counsel for each of the defendants should be prepared to discuss the briefing schedule for the pending motion to dismiss (ECF 5) and any forthcoming motion to stay discovery. Plaintiff should also be prepared to discuss her address for service. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 668 341 848#.

DATED: September 15, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge