UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. et al,

Defendant.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 18, 2026, Defendants filed a motion to dismiss. (ECF 5.) On May 20, 2026, I issued an order setting the deadline for Plaintiff, who is pro se (without a lawyer), to file an opposition to the motion to dismiss for June 20, 2026. (ECF 7.) On July 29, 2026, after holding a conference, I extended the deadline for Plaintiff to oppose the motion to dismiss until August 26, 2026. (ECF 22.) On September 3, 2026, when Plaintiff failed to oppose the motion to dismiss, I sua sponte extended the deadline for Plaintiff's opposition until September 8, 2026. (ECF 23.) When Plaintiff failed to meet that deadline, I held a status conference on September 18, 2026. Plaintiff and counsel for Defendants were present. At the conference and in a corresponding order, I set a new deadline of October 2, 2026 for Plaintiff to oppose the pending motion to dismiss and explained to Plaintiff that if the Court did not receive her opposition by October 9, 2026 (to allow ample time for mailing), I would consider the motion to dismiss fully briefed. (ECF 27.)

As of the date of this order, the Court has not received an opposition from Plaintiff to the pending motion to dismiss. Accordingly, I will consider the motion fully briefed. I will make

my recommendation to Judge Rearden based on my reading of the complaint and knowledge of the law, keeping in mind the deferential standard of review of pro se filings. *See, e.g.*, *McBryde-O'Neal v. Polichetti*, No. 23-CV-10113 (JPC) (RFT), 2025 WL 1042325, at *8 (S.D.N.Y. Jan. 30, 2025) (explaining that failure to respond to a motion "does not require the Court to grant the motion; instead, the Court considers the argument on the merits based on its understanding of the law"), *report and recommendation adopted*, 2025 WL 752055 (S.D.N.Y. Mar. 10, 2025); *Lemon v. Doe (1)*, No. 23 CV-4698 (KMK), 2025 WL 2084430, at *1 (S.D.N.Y. July 24, 2025) (deeming motion to dismiss fully submitted where pro se plaintiff failed to respond and communicate with the Court); *Mayo v. Reid*, No. 23-CV-9719 (PMH), 2024 WL 5158212, at *2 (S.D.N.Y. Dec. 18, 2024) (explaining that the Court may decide an unopposed motion to dismiss because "the sufficiency of a complaint is a matter of law that the court is capable of determining based on its own reading of the pleading and knowledge of the law"); *Peachey v. Zayaz*, No. 23-CV-06409 (PMH), 2024 WL 4932527, at *1 n.2 (S.D.N.Y. Dec. 2, 2024) (same where pro se plaintiff failed to file opposition papers by the deadline).

DATED: October 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**