UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZAN CHAMBERS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. et al,

Defendant.

26-CV-3869 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received emails from pro se Plaintiff. In one email, Plaintiff copied Defendant and Defendants' counsel, and in another, Plaintiff just emailed chambers. Both emails are attached hereto as Exhibit A.

Plaintiff informed chambers that she sent her opposition to Defendants' pending motion to dismiss (ECF 5), along with supporting documents on September 30, 2026. After discussing with docket services, the Court was informed that Plaintiff resent her opposition and supporting documents on October 20, 2026. Accordingly, the Court will nunc pro tunc accept Plaintiff's opposition to the pending motion to dismiss when it is docketed by docket services. Defendants shall file their reply, if any, **21 days** after Plaintiff's opposition is docketed.

DATED: October 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**